HORTON ICE CREAM CO., INC., Appellant, Impleaded with Another. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of ROBERT TYNER, Respondent, against ROMAN CATHOLIC ORPHAN ASYLUM SOCIETY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.*— Award affirmed, with costs to the State Industrial Board. Hill, P. J., Rhodes, McNamee and Crapser, JJ., concur; Bliss, J., dissents.

In the Matter of the Claim of HELEN TARANTZIS (DAVANTZIS), Respondent, against VANTA BROTHERS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. (See Matter of Crippen v. Press Co., Inc., 228 App. Div. 727; affd., 254 N. Y. 535.) Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of CHARLES SAUNDERS, Respondent, against ARTHUR J. FITZGERALD and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of CHARLES STRAUSS, Respondent, against NATHAN WALDENBERG and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of WILHELMINA S. APPERT, Appellant, against KINGS PARK STATE HOSPITAL and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that the injury arose out of and in the course of the employment, and on the authority of Matter of Giliotti v. Hoffman Catering Co. (246 N. Y. 279); Matter of Underhill v. Keener (258 id. 543); Matter of Clapham v. David (232 App. Div. 458). Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur.

In the Matter of the Claim of EARL PORTER, Respondent, against ERIE RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes; Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of FANNY CHAIT, Respondent, against GOLDIE GRUNDBERG and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of JUNIUS A. WHITMIRE, Respondent, against BLAW-KNOX CONSTRUCTION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.†— Award affirmed, with costs to the State Industrial Board. Hill, P. J., Crapser, Bliss and Heffernan, JJ., concur; Rhodes, J., dissents and votes to reverse the award and to dismiss the claim on the authority of Matter of Proper v. Polley (233 App. Div. 621; affd., 259 N. Y. 516).

In the Matter of the Claim of GEORGE LUTZ, Respondent, against OAKDALE CONTRACTING COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of ELIZABETH BAIN, Respondent, against RENDELL

*Affd., 263 N. Y. 678.          †Revd., 263 N. Y. 675.